# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| JONATHAN BERBERENA | : | VIOLATION: |
| | | 18 U.S.C. § 922(g)(1) |
| | : | (possession of ammunition by a felon – 1 count) |
| | : | Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT**:

On or about December 6, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JONATHAN BERBERENA,**

knowing he had previously been convicted in a court of the United States and the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, 15 live rounds of 9mm Luger ammunition, and the ammunition was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**JONATHAN BERBERENA**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offense, including, but not limited to:

1. a P80 semi-automatic pistol, bearing serial number EEB4799; and
2. 15 live rounds of 9mm Luger ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JONATHAN BERBERENA

INDICTMENT

18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 count)
Notice of forfeiture

A true bill

~~Foreman~~

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____