IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 21-42 |
| JONATHAN BERBERENA : | |

**O R D E R**

**AND NOW**, this 31st day of January 2022, upon consideration of the Government's Motion in Limine to Admit Hearsay Evidence Under Federal Rule of Evidence 803(2) (ECF No. 49) and Defendant Jonathan Berberena's Response in Opposition (ECF No. 52), it is **ORDERED** that that the Motion is **GRANTED.**

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**